**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Bianca Ortiz, Plaintiff
v.
Boston Housing Authority, Defendant

Civil Action No.: ____________________

## ATTACHMENT A - STATEMENT OF CLAIM AND REQUEST FOR RELIEF

## II. BASIS FOR FEDERAL JURISDICTION

Plaintiff invokes 28 U.S.C. § 1331 for alleged disability discrimination under Title II of the Americans with Disabilities Act (42 U.S.C. § 12132), the Fair Housing Act (42 U.S.C. § 3604(f)), and Section 504 of the Rehabilitation Act (29 U.S.C. § 794), where applicable. Plaintiff seeks supplemental jurisdiction over related state-law claims under 28 U.S.C. § 1367.

FILED
IN CLERKS OFFICE
NOV 24 P 4:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

## III. STATEMENT OF CLAIM

### 1. Disability accommodations and voucher administration

Plaintiff participates in the Alternative Housing Voucher Program (AHVP) and has documented mental health impairments, including PTSD. Plaintiff reports existing disability-related accommodations involving a one-bedroom residence for safety and an emotional support animal. Plaintiff additionally seeks a separate bedroom for therapeutic exercises, emotional regulation, and private retreat. Plaintiff reports unreasonable delays and inadequate responses to voucher and accommodation inquiries, impairing her ability to use and enjoy her home.

### 2. Loss of housing stability and belongings

Plaintiff received assistance through a human trafficking survivor assistance program to establish independent living and housing stability. Following a disputed agreement with landlord Mena Matta concerning early lease termination, Plaintiff arranged removal of her belongings, with an estimated total value exceeding $150,000. Plaintiff was subsequently informed that the lease remained in force. Plaintiff reported the circumstances to BHA but did not receive adequate assistance. The value stated is the estimated value of the belongings, not a verified amount of property lost.

### 3. Repeated landlord contact and inspections

Plaintiff reports repeated landlord communications regarding inspections and access, approximately every other week, including a recent sanitary inspection request while Plaintiff was away due to safety concerns. Plaintiff reports that continued direct contact aggravates her PTSD and seeks an accommodation allowing necessary communications through an authorized third party or designated written channel.

### 4. Communications and payment records

BHA representative Atitya Wilson informed Plaintiff that supporting evidence regarding early lease termination would need to be sent to BHA Legal for consideration. Plaintiff seeks clarification of the status of that request and who may access her confidential records. Plaintiff also requested an accounting of alleged six months of advance landlord payments, including any tenant contribution, and reports that inquiries to BHA and Joel Deery went unanswered. Plaintiff has not verified the alleged payments.

**5. Hotel expenses and housing insecurity**

Plaintiff reports being unable to comfortably occupy her residence due to safety concerns and has incurred hotel and temporary housing expenses, borrowing money from family and friends. Plaintiff alleges that delays in addressing her disability-related requests have contributed to financial hardship and worsening symptoms.

**6. Utility correspondence**

Plaintiff received Eversource mail addressed to Sonia Hernandez at her leased residence and possesses correspondence as evidence. Plaintiff requested termination of electrical service due to financial hardship and reports being told that another individual would need to be contacted. Plaintiff raised concerns about Eversource and National Grid with BHA and reports being told that BHA would not intervene outside recertification matters. Plaintiff seeks clarification of any authorization to act on her behalf or access her housing information.

**7. Prior complaints and confidentiality**

Plaintiff complained to the Governor's Office about BHA and subsequently became aware of reported personnel promotions. Plaintiff has no evidence establishing a connection between these events. Plaintiff reports hearing threats of severe physical violence and fears returning home. Plaintiff seeks review of documented unauthorized disclosures or retaliation, if any, without asserting an established connection between the reported threats and BHA or other officials.

**8. Federal voucher waiting list and relocation**

Plaintiff reports previously being advised that she held a specific position on a federal housing voucher waiting list. Plaintiff requested clarification of her position and status but reports that state program inquiries went unanswered. Plaintiff seeks a written determination of her application status, waiting-list position if available, applicable preferences, and eligibility for the federal Housing Choice Voucher (Section 8) program. Plaintiff requests expedited consideration of any lawful disability-related preference or relocation option for safety and continuity of assistance, without forfeiting her AHVP assistance while the request is reviewed.

**9. Continuing harm**

Plaintiff reports significant emotional distress, worsening PTSD symptoms, financial hardship, and housing instability. Plaintiff alleges that BHA failed to timely address disability-related accommodations and provide meaningful access to housing assistance.

## IV. REQUEST FOR RELIEF

1. A determination of whether BHA violated applicable disability and housing laws.

2. Prompt consideration of reasonable accommodations, including appropriate bedroom space, an emotional support animal, and therapeutic space.

3. Assistance with lawful early lease termination without penalties or continuing rental obligations, to the extent authorized.

4. Preservation of AHVP assistance and assistance relocating to suitable housing without unlawful interruption of benefits.

5. Written verification of federal voucher application status, waiting-list position if available, preferences and eligibility; expedited consideration of any lawful accommodation, priority or federal voucher placement for which Plaintiff qualifies.

6. Reimbursement of documented hotel, temporary housing, moving and other financial expenses attributable to proven unlawful conduct.

7. A complete accounting of landlord payments, advance payments, funding sources, tenant contributions, authorizations and credits.

8. An accommodation limiting unnecessary direct landlord contact and establishing an alternative channel for necessary tenancy communications.

9. Preservation of relevant emails, correspondence, telephone records, accommodation requests, payment and inspection records, legal department communications and voucher records.

10. Lawful discovery of relevant communications concerning Plaintiff among BHA, the Governor's Office, landlord, utility providers and other entities, including subpoenas where permitted.

11. Appropriate confidentiality safeguards for medical, disability, survivor assistance and personal information.

12. Compensatory damages for legally recoverable and proven financial, property and other injuries; appropriate declaratory and injunctive relief against unlawful discrimination or retaliation.

13. Court costs and any other relief the Court deems just and proper.

Respectfully submitted,
Bianca Ortiz, Plaintiff, Pro Se
November 24, 2026
Signature: Bianca Ortiz

bha BOSTON HOUSING AUTHORITY

Leased Housing Department
52 Chauncy Street, 4th Floor
Boston, Massachusetts 02111

617.988.4535 617.988.4147
800.545.1833 x420
www.bostonhousing.org

*(This information is available in an alternative format upon request.)*

# Leased Housing Notice of Reasonable Accommodation Approval

Bianca B Ortiz
321 Washington Street, Suite # 305
Westwood, MA 02090

**Date:** March 19, 2026
**Client ID:** 1005686

Dear Bianca B Ortiz,

Leased Housing has completed a review of your documentation in support of your Reasonable Accommodation (RA) request, and the following RA has been **approved**:

**Bianca Ortiz is approved for a separate bedroom for disability-related therapy needs as a reasonable accommodation. This decision, and your family composition on file as of the date on this letter, make you eligible for a 2-bedroom voucher.**

**Please contact your assigned Housing Specialist, Atiya Wilson at (617) 988-4159 or at Atiya.Wilson@bostonhousing.org for guidance on your eligible voucher size and the relocation process.**

**Please note that BHA shall verify that the extra bedroom is being used for disability related purposes. If the extra bedroom is not being used for the intended purpose, the BHA must reduce the subsidy standard and corresponding payment standard at your next annual recertification.**

Unless indicated otherwise on this form, this Reasonable Accommodation decision is subject to periodic review in accordance with current department policy.

If you disagree with this decision, you may exercise the following appeal rights within the BHA by submitting a written request for an informal hearing or review **within 20 days from the date of this letter**.

You must submit your request by *one* of the following methods:

1) Email: appeals@bostonhousing.org
2) Fax: 617-988-4301
3) Hand-delivery to address below
4) Mail to address below:
   **Boston Housing Authority**
   **Department of Grievance and Appeals**
   **52 Chauncy Street, 9th floor**
   **Boston, MA 02111**

Whether or not you exercise these BHA appeal rights, you may also file a fair housing complaint with the U.S. Department of Housing and Urban Development, 10 Causeway Street, Boston, MA 02222; the City of Boston's Office of Fair Housing & Equity, 1 City Hall Square, Boston, MA 02201; the Massachusetts Commission Against Discrimination, One Ashburton Place, Room 601, Boston, MA 02108; or in court.

Sincerely,

Katherine White
Reasonable Accommodation Specialist II
Phone: (617) 988-4384
E-mail: Katherine.White@BostonHousing.org

BOSTON HOUSING AUTHORITY

Leased Housing Department
52 Chauncy Street, 4th Floor
Boston, Massachusetts 02111

617.988.4535 617.988.4147
800.545.1833 x420
www.bostonhousing.org

**This is an important document. If you require interpretation, please call the telephone number below or come to our offices.**

Este es un documento importante. Si necesita interpretación, por favor llame al número de telefóno que aparece abajo o visite nuestras oficinas.

這是一份非常重要的文件。如果您需要翻譯服務，請撥下面的電話或前往我們的辦公室

Isto é um documento importante. Se exige interpretação, por favor chama o número de telefone embaixo ou vem a nossos escritórios.

Это важный документ. Если Вам требуется перевод, пожалуйста позвоните нам (телефонный номер ниже). Или придите в наш офис.

**Đây là một tài liệu quan trọng. Nếu quý vị cần phiên dịch, vui lòng hãy gọi cho số điện thoại bên dưới hoặc đến các văn phòng của chúng tôi.**

**នេះ គឺជាឯកសារសំខាន់មួយ។ ក្នុងករណីលោកអ្នក ចាំបាច់ត្រូវចង់បានការបកប្រែ សូមទូរស័ព្ទលេខខាងក្រោមនេះមកកាន់ ឬ អញ្ជើញមកទាក់ទងដោយផ្ទាល់នៅការិយាល័យយើងខ្ញុំ។**

**Sa a se yon dokiman enpòtan. Si ou bezwen entèpretasyon, tanpri rele nimewo telefòn ki anba la a oswa vini nan biwo nou.**

**Tani waa dhokomenti muhiim ah. Haddii aad rabto tarjumad, fadlan wac lambarka hoos ku qoran ama imow xafiisyadayada.**

هذه وثيقة مهمة، وإذا كنت في حاجة إلى ترجمة فورية، يرجى الاتصال على رقم الهاتف المذكور أدناه أو أن تتفضل بالمجيء إلى مكتبنا.

این یک سند بسیار مهم است. اگر به ترجمه آن نیاز دارید، لطفا با شماره تلفن زیر تماس بگیرید یا به دفتر ما مراجعه کنید.

**Phone: (617) 988-4384**

CHAMP
Common Housing Application for Massachusetts Public Housing

Acton Housing Authori
68 Windsor Avenu
P.O. Box 681
Acton, Massachusetts 01720
978-263-5339

**Verification of Handicapped Status for State-Aided Elderly/Handicapped Housing**

Name of Physician or Other Professional: Betty Sam

Profession: NP

Address 801 Mass Ave Boston MA 02118

Date 12/1/2022.

VERIFICATION OF HANDICAPPED STATUS FOR STATE-AIDED ELDERLY/HANDICAPPED HOUSING

P

G
B

Bianca Ortiz
*Applicant's First and Last Name*

2997418580
*Applicant ID*

942 West Chestnut street
Brockton, MA 02301
*Applicant's Address*

Nov. 1, 2022
*Date*

I hereby authorize release of the following information: Bianca Ortiz Applicant's Signature

*The Housing Authority may request verification that an applicant has a qualifying physical or mental impairment in order to determine the applicant's eligibility for elderly/handicapped housing. The applicant has authorized above your release of the requested information. We would appreciate your prompt response to the questions on the reverse side of this letter. If you have questions, please contact our office. Thank you for your anticipated cooperation.*

*Sincerely,*

*Executive Director or Tenant Selection Coordinator*

*ntinued on next page)*

THE FOLLOWING TO BE COMPLETED BY PHYSICIAN (OR OTHER PROFESSIONAL)

**Note: an applicant's eligibility for Elderly/Handicapped Housing is contingent on the Authority being able to identify and understand whether the applicant has a qualifying impairment and how it affects his or her housing needs. Please be sure to complete this form legibly and in a manner that allows the Authority to meaningfully evaluate the applicant's eligibility.**

1. Does the applicant have one or more physical or mental impairments, other than a history of alcohol or substance abuse, which substantially impede(s) his or her ability to live independently? Circle the appropriate answer.*

   (Yes) / No

   Comment: Mental impairments

2. If Yes to question 1 above, would suitable housing conditions improve the applicant's ability to live independently and, if so, what sort? Be specific.

   Patient currently suffers from Deppression and PTSD Anxiety having her owns place will be benefical. for her to feel safe.

3. If Yes to question 1 above, is the anticipated duration of the applicant's impairment(s) more than six (6) months? Circle the appropriate answer.

   Yes / (No)

   If the anticipated duration is indefinite so specify, and estimate the approximate duration to the best of your ability:

   N/A.

4. Other comment:

**CERTIFICATION:** I certify that the information provided above represents my professional judgment and is true and accurate to the best of my knowledge and belief.

| | |
|---|---|
| Betty [signature] | 12/1/2022 |
| Signature | Date |
| Betty Sam NP | 6174145951 |
| Printed Name | Telephone |
| ~~#2~~ 801 Mass Ave | |
| Street Address | |
| Boston MA 02118. | 02118 |
| City & State | Zip |

ote: an applicant that has a history of alcohol or substance abuse may still be eligible for Elderly/Handicapped Housing if the plicant has one or more qualifying physical or mental impairments in addition to the history of alcohol or substance abuse and is herwise eligible and qualified for such housing.